**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re: 2408 W. Kennedy, LLC,

Debtor. Case No. 8:21-bk-2578-CED

___

2408 W. KENNEDY, LLC
d/b/a THE KENNEDY, and
ST Phoenix, LLC,

Appellants,

v. Case No. 8:25-cv-2633-KKM-SPF

2408 KENNEDY BLVD.
PROPERTY, LLC,

Appellee.

___

**ORDER**

The United States Magistrate Judge entered an order recommending that I grant appellee 2408 Kennedy Blvd. Property, LLC's supplemental motion on the amount of attorney's fees, which the appellants did not oppose. R. & R. (Doc. 36). The fourteen-day deadline to object to the Magistrate Judge's Report and Recommendation has passed without either party lodging an objection. Considering the record, I adopt the Report and Recommendation for the reasons stated therein and grant 2408 Kennedy Blvd. Property, LLC's motion.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019). In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Report and Recommendation and grant 2408 Kennedy Blvd. Property, LLC's motion.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 36) is **ADOPTED** and made a part of this order for all purposes.
2. Appellee 2408 Kennedy Blvd. Property, LLC's Supplemental Motion on the Amount of Attorney's Fees (Doc. 32) is **GRANTED**.
3. Appellee 2408 Kennedy Blvd. Property, LLC, is awarded $31,750.00 in attorney's fees.

**ORDERED** in Tampa, Florida, on August 24, 2026.

Kathryn Kimball Mizelle
Kathryn Kimball Mizelle
United States District Judge